UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN LOWE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant.<br><br>DONNA WALLACE OBLOJ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | Case Nos. 18-CV-02205-LHK, 18-CV-02221-LHK<br><br>**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned cases are hereby referred to United States District Judge Edward Davila to determine whether they are related to No. 13-CV-01920-EJD, *In re Intuitive Surgical Securities Litigation*, or No. 18-CV-2197-EJD, *Rogers v. Intuitive Surgical, Inc.*

**IT IS SO ORDERED.**

1
Case Nos. 18-CV-02205-LHK, 18-CV-02221-LHK
SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES

Dated: 4/26/2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case Nos. 18-CV-02205-LHK, 18-CV-02221-LHK
SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES